UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN SHERMAN,<br><br>   Plaintiff,<br><br>  vs.<br><br>DR. RAMADAN,<br><br>   Defendant. | 1:20-cv-01609-JLT-GSA-PC<br><br>**ORDER WITHDRAWING FINDINGS AND RECOMMENDATIONS ISSUED ON APRIL 29, 2022**<br><br>**(ECF No. 8)**<br><br>**THIRTY DAY DEADLINE TO EITHER:**<br><br> **(1) FILE AMENDED COMPLAINT**<br><br>  **OR**<br><br> **(2) NOTIFY THE COURT HE IS WILLING TO PROCEED WITH ONLY HIS EIGHTH AMENDMENT MEDICAL CLAIM** |

  Justin Sherman ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.

  On April 29, 2022, the court issued findings and recommendations to dismiss this case for Plaintiff's failure to comply with the court's order issues on March 8, 2022, which required him to either: (1) file an amended complaint; or (2) notify the court that he is willing to proceed only on his medical claim against defendant Ramadan, within 30 days. (ECF No. 8.) On May 16, 2022, Plaintiff filed objections to the findings and recommendations. (ECF No. 9.)

1

Plaintiff alleges that he failed to comply with the court's order because he did not have sufficient access to his legal documents or the law library. Plaintiff requests thirty more days to comply with the court's order.

The court finds good cause to grant Plaintiff a thirty-day extension of time to comply with the court's order. If Plaintiff needs additional time, he should file a motion before the expiration of the prior deadline.

Therefore, good cause appearing, **IT IS HEREBY ORDERED** that:

1. The court's findings and recommendations, issued on March 8, 2022, are WITHDRAWN;
2. Plaintiff is GRANTED thirty days from the date of service of this order in which to either (1) file an amended complaint, or (2) notify the court he is willing to proceed with only his cognizable medical claim against defendant Ramadan;
3. If Plaintiff needs additional time to comply with the court's order, he should file a motion before the expiration of the prior deadline; and
4. Plaintiff's failure to comply with this order shall result in a recommendation that this action be dismissed in its entirety.

IT IS SO ORDERED.

Dated: **May 19, 2022**              **/s/ Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE