UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN SHERMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>RAMADAN,<br><br>    Defendant. | No.  1:20-cv-01609 JLT GSA (PC)<br><br>ORDER GRANTING REQUEST TO TERMINATE DEPUTY ATTORNEY GENERAL KRISTOPHER JOLLY FROM SERVICE LIST<br><br>(ECF No. 31) |

On November 14, 2023, Defendant filed a notice with the Court indicating that his attorney of record and attorney designated for service, Deputy Attorney General ("DAG") Kristopher Jolly, has changed and has been replaced by DAG Laura MacFarlane. ECF No. 31 at 1. As a result, DAG MacFarlane requests that DAG Jolly be terminated from the Court's service list in this case. See id. at 2. Good cause appearing, the request will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. The request to terminate Deputy Attorney General Kristopher Jolly from the service list in this case (ECF No. 31) is GRANTED, and

1

2. The Clerk of Court shall TERMINATE Deputy Attorney General Kristopher Jolly from the service list in this matter.

IT IS SO ORDERED.

Dated: __**December 7, 2023**__                             __**/s/ Gary S. Austin**__
                                                                                    UNITED STATES MAGISTRATE JUDGE