UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN SHERMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAMADAN,<br><br>　　　　　Defendant. | No.  1:20-cv-01609 JLT GSA (PC)<br><br>ORDER DIRECTING PLANTIFF TO SHOW CAUSE WHY DEFENDANT'S MOTION FOR SUMMARY JUDGMENT SHOULD NOT BE GRANTED<br><br>(ECF No. 28)<br><br>PLAINTIFF'S SHOWING OF CAUSE OR, ALTERNATIVELY, A RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT DUE **JANUARY 8, 2024** |

　　　　Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  This matter has reached the dispositive motion phase of the proceedings.

　　　　On November 3, 2023, Defendant filed and a Motion for Summary Judgment and served it on Plaintiff.  ECF No. 28.  Pursuant to Local Rule 230(l), Plaintiff's response to Defendant's motion was to be filed within twenty-one days.

　　　　More than twenty-one days has passed and Plaintiff has not filed a response to Defendant's motion.  Therefore, Plaintiff will be ordered to show cause why Defendant's Motion

1

for Summary Judgment should not be granted and do so within thirty days.  In the alternative, Plaintiff may file a response to Defendant's motion within the same period.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file a showing of cause why Defendant's Motion for Summary Judgment (ECF No. 28) should not be granted.

2. In the alternative to filing a showing of cause, Plaintiff shall file a response to Defendant's Motion for Summary Judgment.  See generally Local Rule 230(l).

3. Plaintiff's response to this order shall be filed by **January 8, 2024**.

**Plaintiff is cautioned that failure to comply with this order in a timely fashion may result in a recommendation that this matter be dismissed for failure to prosecute.**

IT IS SO ORDERED.

Dated:   **December 7, 2023**                    **/s/ Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE