| | |
|---|---|
| | **UNITED STATES DISTRICT COURT** |
| | **EASTERN DISTRICT OF CALIFORNIA** |
| JUSTIN SHERMAN,<br><br>           Plaintiff,<br><br>    v.<br><br>RAMADAN,<br><br>           Defendant. | No.  1:20-cv-01609 JLT GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 36)<br><br>ORDER DISMISSING MATTER FOR FAILURE TO PROSECUTE AND FAILURE TO OBEY COURT ORDER<br><br>ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AS MOOT<br>(Doc. 28) |

Plaintiff, a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 29, 2024, the magistrate judge issued Findings and Recommendations to dismiss this action for failure to prosecute and failure to obey a court order.  (Doc. 36.)  The Court served the Findings and Recommendations on the Plaintiff and notified him that any objections were due within 14 days.  (*Id.* at 3–4 (citing *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991)); *see also Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).  Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a de novo review of this

1

case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

    1.   The findings and recommendations issued January 29, 2024 (Doc. 36), are hereby **ADOPTED IN FULL**.

    2.   This matter is **DISMISSED** for failure to prosecute and for failure to obey a court order.  *See* Fed. R. Civ. P. 41(b); *see also* Local Rule 110.

    3.   Defendant's motion for summary judgment (Doc. 28) is **DENIED** as moot.

    4.   The Clerk of Court is directed to **CLOSE** this case.

IT IS SO ORDERED.

   Dated:   **February 20, 2024**               /s/ Jennifer L. Thurston
                                                   UNITED STATES DISTRICT JUDGE